**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ignacio Rodriguez,<br><br>    Plaintiff,<br>vs.<br><br>Joseph Arpaio, et al.,<br><br>    Defendants. | No. CV-07-1161-PHX-PGR (HCE)<br><br>ORDER |

The Clerk of the Court having entered a judgment in this action on July 28, 2008 without being directed to do so by the Court,

IT IS ORDERED that the Judgment (doc. #22) is vacated pursuant to Fed.R.Civ.P. 60(a).

IT IS FURTHER ORDERED that this action is referred to Magistrate Judge Hector C. Estrada for further proceedings.

DATED this 29th day of July, 2008.

Paul G. Rosenblatt
United States District Judge